1 | GREENBERG TRAURIG, LLP
Ginger Pigott (SBN 162908)
2 | Karin Bohmholdt (SBN 234929)
E-mail: pigottg@gtlaw.com; bohmholdtk@gtlaw.com
3 | 1840 Century Park East, Suite 1900
Los Angeles, CA 90067
4 | Telephone: (310) 586-7700; Fax:  (310) 586-7800

Attorneys for Defendant Teva Pharmaceuticals, USA, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MARY KEENE, *et al*, | CASE NO. 3:12-CV-05924-JST |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| MCKESSON CORPORATION, *et al*, | JUDGE: Hon. Jon S. Tigar |
| Defendants. | |

1

[PROPOSED] ORDER CONTINUING CMC
Case No. 3:12-CV-05924-JST

ATL 20537087v1

Based on the Stipulation to Continue the Case Management Conference submitted by the parties, and good cause appearing, the Court hereby orders that:

1. The April 8, 2015 Case Management Conference is vacated.
2. The Case Management Conference is continued to July 8, 2015, at 2:00 p.m. The parties shall file a Joint Case Management Conference Statement at least ~~seven~~ ten court days before the conference.

**SO ORDERED**

DATED: March 25, 2015

_____
The Honorable Jon S. Tigar