United States District Court
Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6

7    CAROLE REICHEL, et al.,                         Case No.  12-cv-05945-RS

               Plaintiffs,
8
9          v.                                        **ORDER REFERRING CASE FOR
                                                     PURPOSE OF DETERMINING
     MCKESSON CORPORATION, et al.,                   RELATIONSHIP**
10
               Defendants.                           Re: 12-cv-05924-JST
11
12
13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable Jon S. Tigar for consideration of whether the case is related to *Keene v. McKesson*

15   *Corporation*, 12-cv-5924-JST.

16          **IT IS SO ORDERED.**

17   Dated:  July 9, 2015

18                                                   _____
                                                     RICHARD SEEBORG
19                                                   United States District Judge
20
21
22
23
24
25
26
27
28