United States District Court
Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7   TERRY FREITAS, et al.,                    Case No. 12-cv-05948-SC
            Plaintiffs,
8
        v.
9                                             **ORDER OF REFERRAL TO
    MCKESSON CORPORATION, et al.,             DETERMINE WHETHER CASES ARE
10                                            RELATED**
            Defendants.
11
12
13       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14  Honorable Jon S. Tiger for consideration of whether the case is related to *Keene et al v. McKesson

15  Corporation et al*, Case No. C12-5924 JST.

16       **IT IS SO ORDERED.**

17  Dated: 07/09/2015

18                                            _____
                                              SAMUEL CONTI
19                                            United States District Judge