UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES STEPHENS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No: C 13-4406 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jon Tigar to consider whether it is related to <u>Keene v. McKesson Corp., et al.</u>, Case No. C 12-5924 JST. The affected parties shall file any response in opposition to or support of relating the cases within four (4) days of the date this Order is filed. <u>See</u> Civ. L.R. 3-12(c).

IT IS SO ORDERED.

Dated: 7/9/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge