UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARRY D. WITTHAUER, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**MCKESSON CORPORATION, ET AL.,**<br><br>    Defendants. | Case No.  12-cv-05937-YGR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the undersigned **ORDERS** that the above-captioned case is referred to Judge Jon S. Tigar to consider whether it is related to the following:

*Keene v. McKesson Corp., et al.*, Case No. 3:12-cv-05924-JST.

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Judge Jon S. Tigar