UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KEENE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-05924-JST<br><br>**SCHEDULING ORDER ADOPTING STIPULATED BRIEFING SCHEDULE FOR MOTION TO TRANSFER**<br><br>Re: ECF No. 109 |

    The Court hereby adopts the parties' stipulated proposed briefing schedule for the upcoming motion to transfer under 28 U.S.C. § 1404 and to dismiss for improper joinder. See ECF No. 109. Pursuant to the stipulation, the opening brief is due on November 5, 2015. The opposition is due November 19, 2015. The reply is due December 3, 2015. A hearing on the motion has already been set for December 17, 2015 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: October 23, 2015

_____
JON S. TIGAR
United States District Judge